FILED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

2016 AUG -3  A 8: 40

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOES 1-2, CONTROLLING A COMPUTER NETWORK AND THEREBY INJURING PLAINTIFF AND ITS CUSTOMERS,<br><br>  Defendants. | Civil Action No: 1:16-cv-993<br><br>**FILED UNDER SEAL PURSUANT TO LOCAL RULE 5** |

## NOTICE OF HEARING RE APPLICATION OF MICROSOFT FOR AN EMERGENCY *EX PARTE* TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that should the Court find it appropriate to hear oral argument on Microsoft's Application for an Emergency *Ex Parte* Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, Microsoft respectfully request oral argument to be set for Tuesday, August 2, 2016 at 10:00 a.m., or as soon as the matter may be heard.

Dated: August 2, 2016                 Respectfully submitted,


ORRICK, HERRINGTON & SUTCLIFFE
LLP


STEN JENSEN
Va. State Bar No. 38197
Attorney for Plaintiff Microsoft Corp.
ORRICK, HERRINGTON SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Fax:        (202)-339-8500
sjensen@orrick.com


Of counsel:

GABRIEL M. RAMSEY (*pro hac vice* application pending)
Attorney for Plaintiff Microsoft Corp.
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  (415) 773-5700
Fax:         (415) 773-5759
gramsey@orrick.com

JEFFREY L. COX (*pro hac vice* application pending)
Attorney for Plaintiff Microsoft Corp.
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Suite Seattle, WA 98104-7097
Telephone: (206) 839-4300
Fax:        (206) 839-4301
jcox@orrick.com

RICHARD DOMINGUES BOSCOVICH
CRAIG LEE MOSES
Attorney for Plaintiff Microsoft Corp.
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 704-0867
Fax:        (425) 936-7329
rbosco@microsoft.com
crmoses@microsoft.com

NOTICE OF HEARING RE APPL. OF MICROSOFT FOR
                                           AN EMERGENCY EX PARTE TRO AND ORDER TO
                                           SHOW CAUSE RE PRELIMINARY INJUNCTION