**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-2, CONTROLLING A COMPUTER NETWORK AND THEREBY INJURING PLAINTIFF AND ITS CUSTOMERS, <br><br> Defendants. | Civil Action No: 1:16-cv-00993 (GBL/TCB) |

## MICROSOFT'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Plaintiff Microsoft Corporation ("Microsoft"), by counsel, pursuant to Federal Rules of Civil Procedure 55(b)(2), 53, 65(a) and (c), the Computer Fraud and Abuse Act (18 U.S.C. § 1030), the Electronic Communications Privacy Act (18 U.S.C. § 2701), the Lanham Act (15 U.S.C. §§ 1114, 1116, & 1125), the Anticybersquatting Consumer Protection Act (15 U.S.C. § 1125(d)), the common law, the All Writs Act, (28 U.S.C. § 1651) and the Court's inherent equitable authority, respectfully moves the Court for entry of a default judgment and permanent injunction against the Defendants.

As discussed in Microsoft's brief in support of this motion for default judgment and permanent injunction, Microsoft requests an order entering default judgment against the Defendants who have failed to answer, plead or otherwise defend this action, and a permanent injunction preventing Defendants from continuing their harmful activities by providing Microsoft control over the existing Strontium domains and appointing a Court Monitor to

oversee Defendants' compliance with the permanent injunction.

The requested relief is necessary to halt the Strontium operation that is causing irreparable injury to Microsoft and its customers. Microsoft respectfully requests that the Court grant this Motion.

Dated: June 29, 2017  Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

 /s/ Sten Jensen
STEN JENSEN
Va. State Bar No. 38197
Attorney for Plaintiff Microsoft Corp.
ORRICK, HERRINGTON SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Fax:  (202)-339-8500
sjensen@orrick.com

Of counsel:

GABRIEL M. RAMSEY (admitted *pro hac vice*)
Attorney for Plaintiff Microsoft Corp.
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  (415) 773-5700
Fax:  (415) 773-5759
gramsey@orrick.com

RICHARD DOMINGUES BOSCOVICH
CRAIG LEE MOSES
Attorneys for Plaintiff Microsoft Corp.
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 704-0867
Fax:  (425) 936-7329
rbosco@microsoft.com
crmoses@microsoft.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system. Copies of the forgoing were also served on the defendants listed below by electronic mail:

**John Does 1-2**

alexfcloud@tutanota.com
anderson.neoma@openmailbox.org
bahadirelands@mail.com
bergers3008@usa.com
best.cameron@mail.com
bodeverena@chewiemail.com
buil_comon@mail.com
burnice86@openmailbox.org
cathiedurgan@mail.md
chertonaksol@mail.com
contact@privacyprotect.org
craft030795@mail.com
fernando2011@post.com
fisterboks@email.com
fredmansur@mail.com
fusbender@tutanota.com
ggiphil@usa.com
gremblemailon@mail.com
guiromolly@mail.com
k.pavuls@yahoo.com
kelsie85@mail.com

leonelcbarrett@mail.com
luishropson@mail.com
martin_gr86@mail.com
maxvadison@mail.com
maxvalentine@tutanota.com
meelman@mail.com
microsoftdriver.com@domainsbyproxy.com
mika.hanaluinen@mail.com
mr.michoverton@mail.com
nmike83@outlook.com
nordelivery@gmail.com
ottis.davis@openmailbox.org
petkrist@myself.com
quitymangel@mail.com
rodneybleavy@mail.com
sandra.rafaela@chewiemail.com
snellemanp@yandex.com
tanji52@usa.com
tatsuo.lesch@openmailbox.org
welch.ebony@openmailbox.org
whoisproxy@value-domain.com
windowsappstore.net@domainsbyproxy.com

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Sten Jensen
---
STEN JENSEN
Va. State Bar No. 38197
Attorney for Plaintiff Microsoft Corp.
ORRICK, HERRINGTON SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Fax:         (202)-339-8500
sjensen@orrick.com