## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

MAGISTRATE JUDGE: __THERESA CARRROLL BUCHANAN__

## MOTION HEARING

Date: ___7/21/17___

Start: ___10:06 Am___

Finish: ___10:07 Am___

Reporter: <u>FTR</u>

Deputy Clerk: <u>Tina Fitzgerad</u>

Civil Action Number: ___16cv993___

___Microsoft Corporation___

       vs.

___John Does 1-2___

Appearance of Counsel for ( X ) Plaintiff     (     ) Defendant

Motion ___for Default Judgment - DE# 55___

_____

( X ) Matter is Uncontested and Taken Under Advisement

Argued &

(     ) Granted (     )Denied (     ) Granted in part/Denied in part

(     ) Taken Under Advisement   (     ) Continued to

_____
_____
_____

( X ) Report and Recommendation to Follow

(     ) Order to Follow