IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-2, CONTROLLING A COMPUTER NETWORK AND THEREBY INJURING PLAINTIFF AND ITS CUSTOMERS, <br><br> Defendants. | Civil Action No: 1:16-cv-00993 (LO/TCB) |

## ORDER FOR RELEASE AND CANCELLATION OF BOND

THIS MATTER comes before the Court on Plaintiff Microsoft Corporation's ("Microsoft") Motion for Release and Cancellation of Bond.

The Court has considered Microsoft's Motion and the other pleadings and papers filed in this action. Based on the foregoing, the Court orders the release and cancellation of Microsoft's Bond in the amount of one hundred thousand dollars ($100,000).

**IT IS SO ORDERED.**

Entered this ___ day of _Jan._, 2019.

Hon. Liam O'Grady
United States District Judge

1