IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | ) ) ) |
| Plaintiff, | ) ) Civil Action No: 1-16-cv-00993 (LO/TCB) |
| v. | ) ) ) |
| JOHN DOES 1-2, CONTROLLING A COMPUTER NETWORK AND THEREBY INJURING PLAINTIFF AND ITS CUSTOMERS, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING OF COURT MONITOR REPORT NO. 13

Pursuant to the Court's Order for Permanent Injunction dated August 22, 2017 at Dkt. No. 60, the undersigned hereby submits the Court Monitor's Report No. 13 as Exhibit 1.

Dated: September 8, 2021

Respectfully submitted,

/s/ David O'Brien
Julia R. Milewski (VA Bar No. 82426)
David O'Brien (VA Bar No. 14924)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington DC 20004-2595
Telephone:  (202) 624-2500
Fax:         (202) 628-5116
jmilewski@crowell.com
dobrien@crowell.com

Gabriel M. Ramsey (*pro hac vice*)
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone:  (415) 986-2800
Fax:         (415) 986-2827
gramsey@crowell.com

Richard Domingues Boscovich (*pro hac vice*)
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 704-0867
Fax:         (425) 936-7329
rbosco@microsoft.com

*Attorneys for Plaintiff Microsoft Corp.*