# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>JOHN DOES 1-2, CONTROLLING A COMPUTER NETWORK AND THEREBY INJURING PLAINTIFF AND ITS CUSTOMERS, )<br><br>Defendants. ) | Civil Action No:  1:16-cv-00993 (LO/TCB) |

**COURT MONITOR REPORT NO. 13**

The Court Monitor submits this 120 day report pursuant to the terms of the Order for Permanent Injunction at Docket No. 60.

There has been no activity to report during the relevant period covered by this Report.

September 8, 2021

_____
Hon. S. James Otero
United States District Judge (Ret.)